IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGE BADEEN, an individual and on behalf of a proposed class; and MIDWEST RECOVERY AND ADJUSTMENT, INC., a Michigan for profit corp. and on behalf of a proposed class,<br><br>        Plaintiffs,<br><br>v.<br><br>PAR, Inc., d/b/a PAR North America, an Indiana corporation; Remarketing Solutions, LLC, a Delaware limited liability company; Renovo Services, LLC, a Delaware limited liability company; Toyota Motor Credit Corporation, a California corporation; TD Auto Finance, LLC, a Michigan limited liability company; Bank of America, N.A., a North Carolina company; Fifth Third Bank, an Ohio company; The Huntington National Bank, an Ohio company; PNC Bank, N.A., an Ohio Company; Nissan Motor Acceptance Corporation, a California corporation; and Santander Consumer USA, Inc., an Illinois corporation,<br><br>        Defendants. | No. _____ |

**NOTICE OF REMOVAL**

**INDEX OF EXHIBITS**

-2-

| | |
|---|---|
| A | Pleadings in the State Court Action |
| B | True and Correct Copy of Plaintiffs' Proposed Third Amended Complaint |
| C | Plaintiffs' Answers to Defendant PAR, Inc.'s Discovery Requests |
| D | Plaintiffs' Discovery Requests to Forwarding Defendants |