UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE BADEEN, et al.,

    Plaintiffs,                              Case No. 19-cv-10532
                                                  Hon. Matthew F. Leitman

v.

PAR, INC. d/b/a/ PAR NORTH AMERICA et al.,

    Defendants.

_____/

## **ORDER TO PROVIDE A STATEMENT OF THE CASE**

       This action was recently removed to this Court. It appears that the action had been pending in state court for some time prior to removal. The Court has scheduled a Status Conference with counsel to review the status of the case and to discuss next steps. In order to enable the Court to better prepare for the Status Conference, the Court directs counsel to file a <u>joint</u> statement of the case addressing the following matters:

       1.    Describe the nature of the action; identify the claims asserted; and identify the primary defenses.

       2.    Address the status of discovery. Is it complete? If not, how much time remains under the state court's scheduling order and what discovery still needs to be completed?

       3.    Are there any outstanding motions? If so, what are they, and are they fully briefed and ready for consideration by the Court?

4. Are the pleadings closed? Has every Defendant answered the operative Complaint?

5. Has the state court heard and/or decided any dispositive motions? If so, what were the motions and what were the rulings?

6. What needs to be completed before the case is ready for trial? When will the case be ready for trial?

7. Have the parties participated in a settlement conference or any settlement efforts? If so, please describe and provide an update on where settlement efforts stand.

8. Does any party object to the removal or contend that the Court lacks subject matter jurisdiction? If so, identify the party and briefly summarize the objection/position.

The joint statement shall separately address each of the eight issues identified above. If the parties have different responses for any issue, the responses may be listed separately under that issue in the following format:

1. Describe the nature of the action; identify the claims asserted; and identify the primary defenses.

Plaintiff says: ____

Defendants say: ___ (If there is disagreement among the Defendants, separate responses may be provided on a Defendant-by-Defendant basis.)

Counsel for Plaintiffs shall take the lead in preparing an initial draft of the Joint Statement and circulating it to counsel for all Defendants. Counsel for Plaintiffs shall circulate the initial draft by not later than March 13, 2019. Defense

counsel shall provide their responses to the draft to Plaintiffs' counsel (so that he may create the single, consolidated Joint Statement) by not later than March 20, 2019. Thereafter, all counsel shall work together, as necessary, to complete the single, final, and consolidated Joint Statement. Plaintiffs' counsel shall email the final Joint Statement to the Court's Case Manager by the close of business on March 27, 2019 at Holly_Monda@mied.uscourts.gov.

**IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: March 6, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2019, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764